UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AFFORDABLE TOWING & | ) | |
| RECOVERY, INC., | ) | CASE NO. 20-90002-AKM-11 |
| | ) | |
| DEBTOR. | ) | |

**AFFIDAVIT OF KAREN TENNANT IN
SUPPORT OF EASTERN FUNDING LLC'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND
<u>ABANDONMENT OR, ALTERNATIVELY, FOR ADEQUATE PROTECTION</u>**

Karen Tennant ("Affiant"), after being duly sworn upon an oath, states that Affiant is over the age of 18, has personal knowledge of the information contained herein and is competent to testify to the following facts:

1. Affiant is a V.P. of Risk Management for Eastern Funding LLC d/b/a/ Specialty Vehicle and Equipment Funding Group ("Lender"), a subsidiary of Brookline Bank.

2. Affiant is familiar with Lender's procedures and practices for the creation and maintenance of its books and records which are maintained in the ordinary course of Lender's business.

3. The documents relating to the relationship of Lender and its customers and borrowers, including the documents attached hereto, are made in the regular course of Lender's business by employees of Lender whose duties include keeping such books and records, by or from information transmitted by individuals with knowledge of the transactions recorded in such records, and made at or near the time the information was received. It is the regular practice of Lender to make these records.

4.      Lender provided financing to debtor Affordable Towing & Recovery, Inc. ("Debtor") to purchase the following vehicles under Loan Nos. XXXX9001, XXXX9002, and XXXX9003 ("Loans"):

2009 Peterbilt 388, VIN 1NPWL49X99D788705, with a 2008 Vulcan V70, serial no. 94400392J08 ("2009 Peterbilt");

2009 Mack Granite GU713, VIN 1M1AX07Y69M005723; and

2017 Dodge Ram 4500 4x4, VIN 3C7WRLAL4HG626008 , with a 2017 Jerr Dan MPLS Wrecker, serial no. 002300218

(collectively, "Vehicles").

5.      The Loans are evidenced by a Master Promissory Note and Security Agreement executed by Debtor dated October 24, 2017 ("Note") and Loan Schedule 001 effective October 25, 2017, Loan Schedule 002 effective May 2, 2018, and Loan Schedule 003 effective August 13, 2018, each executed by Debtor and Lender (collectively, "Schedules").  A true and correct copy of the Note is attached as Exhibit 1 and incorporated herein. True and correct copies of the Schedules are attached as Exhibit 2 and incorporated herein.

6.      Pursuant to the Note, Debtor granted Lender security interests in the Vehicles.

7.      Lender perfected its security interests in the Vehicles by noting its security interests on the Certificates of Title for each Vehicle. True and correct copies of the Title Lien Statements recorded with the Henry County, Kentucky Clerk are attached as Exhibit 3 and incorporated herein[1].

8.      Debtor is in default of its obligations pursuant to the Note and Schedules due to, among other things, the failure to make required monthly payments to Lender.

---

[1] Debtor is in possession of the Certificates of Title for each Vehicle. Debtor was located in Kentucky at the time the Vehicles were purchased, and the Commonwealth of Kentucky issued the Certificates of Title. Certificates of Title issued by the Commonwealth of Kentucky are provided to vehicle owners and not lienholders.

9. Due to the default, Lender repossessed the 2009 Peterbilt in September 2019 and obtained the repossession title attached as Exhibit 4 and incorporated herein.

10. After the Petition Date, Debtor and Lender arranged for the return of the 2009 Peterbilt to Debtor. On January 15, 2020, Debtor retrieved the 2009 Peterbilt.

11. To Lender's knowledge, Debtor continues to possess the Vehicles and use them in the ordinary course of Debtor's business.

12. As of the date Debtor filed its chapter 11 petition, the total amount due and payable under the terms of the Loans was $256,997.13, including:

Loan No. XXXX9001: a principal balance of $126,886.60, accrued interest of $10,157.79, late fees of $1,389.60, prepayment fee of $3,806.59, and additional charges and fees of $2,403.13;

Loan No. XXXX9002: a principal balance of $46,368.39, accrued interest of $3,737.94, late fees of $554.00, prepayment fee of $1,854.73, and additional charges and fees of $1,006.13; and

Loan No. XXXX9003: a principal balance of $52,057.57, accrued interest of $4,087.02, late fees of $511.20, prepayment fee of $2,082.30, and additional charges and fees of $2,082.30

together with interest accruing thereafter at the rate of $74.16 per day, additional late fees, attorney's fees and expenses.

13. Debtor does not have equity in the Vehicles.

FURTHER AFFIANT SAYETH NAUGHT

The undersigned affirms under the penalties of perjury that the foregoing statements of fact contained in this Affidavit are true and correct.

/s/ *Karen Tennant*
Karen Tennant

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 16, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Matthew Thomas Barr    mbarr@rubin-levin.net, jkrichbaum@rubin-levin.net;lking@rubin-levin.net;atty_barr@bluestylus.com
Michael W. McClain    mmcclain@mcclaindewees.com
James E Rossow Jr.    jim@rubin-levin.net, ATTY_JER@trustesolutions.com;mralph@rubin-levin.net
Harrison Edward Strauss    harrison.strauss@usdoj.gov
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

      I further certify that on March 16, 2020, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, or electronic mail as indicated and properly addressed to the following:  see Exhibit "5".

                                        /s/ *Matthew T. Barr*
                                        Matthew T. Barr

F:\WP80\GENLIT\Eastern Funding-Affordable Towing-80561505\Affordable Towing Bankruptcy\Drafts\Tennant Affidavit MFR.docx