SO ORDERED: March 19, 2020.



_____
**Andrea K. McCord**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SGENERIC (rev 10/2019)

In re:

**Affordable Towing & Recovery, Inc.**,
        Debtor.

Case No. **20−90002−AKM−11**

## ORDER APPROVING AGREED ENTRY

An Agreed Entry Resolving Debtor's Objection to Eastern Funding LLC's Motion for Relief from the Automatic Stay and Abandonment or, Alternatively, for Adequate Protection was filed on March 19, 2020, by Debtor Affordable Towing & Recovery, Inc. and Creditor Eastern Funding LLC.

**IT IS ORDERED** that the Agreed Entry Resolving Debtor's Objection to Eastern Funding LLC's Motion for Relief from the Automatic Stay and Abandonment or, Alternatively, for Adequate Protection is **APPROVED**.

The Clerk's Office will distribute this order.

###